IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| FRED RAY HESTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 09-cv-00144 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| LITTON LOAN SERVICING, | ) | |
| Defendant. | ) | |

*ORDER*

*This motion is unopposed and is GRANTED. Plaintiff has 30 days to file and serve his response to Defendant's discovery requests or risk dismissal of this action.*

*[signature]*
*2-11-11*

## MOTION TO COMPEL DISCOVERY RESPONSES

Comes Litton Loan Servicing LP, referred to in the caption only as "Litton Loan Servicing" (hereinafter "Litton"), by and through counsel, pursuant to Federal Rules of Civil Procedure 33, 34 and 37, and respectfully moves this Court to order Fred Ray Hester (the "Plaintiff")[1] to respond to Litton's First Set of Interrogatories and Requests for Production of Documents which were served on July 19, 2010. As additional support for the requested relief, Litton is contemporaneously herewith filing a Memorandum of Fact and Law in Support of Motion to Compel Discovery Responses and a Statement in Support of Motion to Compel Discovery Responses.

Litton also served a First Set of Requests for Admission on July 19, 2010 and, pursuant to Federal Rule of Civil Procedures 36, Litton respectfully avers that the same are now admitted due to the Plaintiff's failure to timely respond. Litton deems those matters to have been conclusively admitted at this point and does not plan to address the same herein.

---

[1] The caption of the Complaint only lists the Plaintiff as Fred Ray Hester; however, Paragraph 2 of the Complaint also lists Michael Andrew Hester as an additional Plaintiff. As used herein, the term "Plaintiff" will be used to identify one or both, as the case may be.