IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| FRED RAY HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-00144 |
| | ) JUDGE HAYNES |
| LITTON LOAN SERVICING, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon review of the file, Plaintiff did not respond to the Court's Order to respond to discovery (Docket Entry No. 20) or risk dismissal of this action. This action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b). The Defendants' motion for sanctions to include dismissal (Docket Entry No. 21) is **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge